█ GENOWEFA ZAKRZEWSKA, Respondent, v. MIKOLAJ ZAKRZEWSKI, Appellant.—

█ No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

## (July 19, 1961)

█ ROCCO L. MONTESANO et al., Respondents, v. PAULINE GERBINO, Appellant.—

█ Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.